# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL MACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-CV-507-SMY-RJD |
| | ) |
| ASSISTANT WARDEN WALKER, E. COLE, ANN LAHR, and JEFFREY DENNISON, | ) ) ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 41), recommending the granting in part and denying in part of Defendants' Motion for Summary Judgment (Doc. 55). No objections have been filed to the Report. For the following reasons, Judge Daly's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that Defendants Dennison, Walker, and Lahr are entitled to summary judgment on Plaintiff's First Amendment claim (Count 1) and Defendants Dennison, Walker, Lahr, and Cole are entitled to summary judgment on Plaintiff's Religious Land Use and Institutionalized Persons Act claim (Count 2).

The Court finds no clear error in Judge Daly's findings, analysis and conclusions, and adopts her Report and Recommendation in its entirety.

Accordingly, Defendants' Motion for Summary Judgment is **GRANTED in part and DENIED in part** (Doc. 55). This case shall proceed on:

> Count 1: Defendant Cole denied Plaintiff access to Hebrew Israelite religious worship services at Shawnee, in violation of the Free Exercise Clause of the First Amendment.

This matter is **REFERRED** to Judge Daly for recruitment of counsel.

**IT IS SO ORDERED.**

**DATED: September 27, 2019**

*[signature]*

**STACI M. YANDLE
United States District Judge**